AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Eastern District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Frederick Eli Knapp | ) | Case No.  5:20-MJ-1472-JG |
| | ) | |
| | ) | NDNY Case No. 1:20-MJ-268-DJS |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  November 17-21, 2019  in the county of  Wake  in the
Eastern  District of  North Carolina  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | The defendant knowingly transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another. |

This criminal complaint is based on these facts:

please see attached affidavit

☑ Continued on the attached sheet.

On this day, Jerry D. Faulk
appeared before me via reliable electronic means, was
placed under oath, and attested to the contents
of this Complaint.

Date:  7 MAY 2020

City and state:  Raleigh, North Carolina

*Complainant's signature*

Jerry D. Faulk, Task Force Officer, FBI
*Printed name and title*

*Judge's signature*

JAMES E. GATES, U.S. Magistrate Judge
*Printed name and title*

sk

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA

### AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

### INTRODUCTION

I, Jerry D. Faulk, being duly sworn, hereby depose and state as follows:

1.      I graduated from East Carolina University in December 1997 with a Bachelor of Science degree in Criminal Justice. I was hired by the Raleigh Police Department in June 1999 and graduated from the Raleigh Police Academy in December 1999. I became a detective in November 2004 and have been assigned to General Investigations, the Robbery Unit, and the Homicide Unit. I am currently assigned as a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) and was sworn in as a Special Deputy U.S. Marshal in April 2018. In my career, I have participated in several investigations involving violent crimes, assaults, internet crimes and the communication of threats. As a TFO with the FBI, I am authorized to investigate violations of federal laws and request and execute search warrants issued under the authority of the United States.

2.      This affidavit is submitted as evidence of probable cause supporting the arrest warrant for Frederick Eli Knapp (hereinafter "KNAPP"), with a residence at Olmstedville Road, Pottersville, New York, for mailing a threatening communication in violation of 18 U.S.C. § 875(c) (transmission in interstate or foreign commerce of a communication containing a threat to injure the person of another). The facts in this affidavit come from my personal observations, my training and experience, and

1

Sk

information obtained from other agents and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested arrest warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

3.    On November 17, 2019, Individual L.C. and Individual D.G., each of whom are employed by the North Carolina Judicial Branch (NCJB), Administrative Office of the Courts (AOC), in Raleigh, North Carolina, received an email in their official work accounts from the Google account "derfknapp@gmail.com" (hereinafter "GOOGLE ACCOUNT") with sender name "Fred Knapp." The subject line of this email was entitled "You all suck at Your Jobs." Contained within the text of this email were specific threats, including: "Your courts stole My house. And before I die. I am going.to find a way back down there to killed court employess especialy the judges that likes seeing women beat . . . ." The email also made reference to a "Walter Nunley III."[1] The email was saved by the employee and forwarded to their supervisors.

4.    On November 17, 2019, Individual Y.W., an employee of the NCJB at AOC received an email at their official account from the GOOGLE ACCOUNT with sender name "Fred Knapp." The subject line was left blank; however, the author made specific threats, including: "Your cops entered My Home without warrents. And My x wife got beat.almost to death because of those cops. I am going to Make sure that You all Pay for there negligence. And You all owe me 700 000 in Lost 401 k money. I

---

[1] Walter Nunley III was arrested on September 30, 2011, at Hartford, Connecticut, after threatening to blow up a federal building. Nunley was also arrested in 1998 for assault and battery against KNAPP's wife in North Carolina.

SK

want My money. Don't Make me come down there to get it." The email was saved by the employee and forwarded to their supervisor.

5.     On November 20, 2019, an individual utilizing Facebook user name "Fred Knapp" (hereinafter "FACEBOOK ACCOUNT") posted a message through Facebook messenger to the NCJB stating: "My name is Frederick Knapp. I want to talk to someone in that courthouse about why you all think it's alright to beat woman. And if I don't get a good answer then I will find a way to get back to that state just to kill people in your court houses. Pluses your cops are a bunch of drunken wife beating assholes. I have suffered through years of nightmares and hundreds thousands of dollars in financial losses. All because you are a bunch of fuck ups. Just like the courts here. And before I die I am going to make you all pay for your negligence. Pluses I want help suing for lost wages and benefits. I'm not kidding with you all. And as far as cops go. I would rather kill one that to look at one." The Internet Protocol address associated with that message was 24.194.48.87 (hereinafter "IP Address").

6.     On November 20, 2019, Individual C.W.K., an employee of the NCJB AOC Communications Office, alerted the State Capitol Police Department (SCPD) about the above Facebook message.

7.     On November 20, 2019, an analyst with the North Carolina State Bureau of Investigations (SBI) in Raleigh identified a possible suspect as KNAPP who previously resided in North Carolina. This information was relayed to state officials in New York and their assistance to confirm identity was requested.

3

SK

8.      On November 21, 2019, an investigator with the New York State Police at Chestertown, New York advised the SBI via email that, pursuant to the North Carolina request, he conducted a knock-and-talk at KNAPP's residence and spoke with KNAPP. During that conversation, KNAPP stated to the Investigator that he was "upset" because fifteen (15) years ago his wife divorced him while they were living in the State of North Carolina. KNAPP advised the Investigator he felt the court system was unfair to him during that time.

9.      On or about November 21, 2019, and subsequent to KNAPP's interview with the New York State Police, KNAPP contacted the SCPD in Raleigh, North Carolina by telephone. The SCPD Communications Desk directed KNAPP's call to SCPD Officer Priest. KNAPP left two voice messages for Officer Priest. KNAPP's first voicemail stated: "Yeah, this is the guy who sent an email to you all . . . I hate all your fucking guts . . . ." KNAPP's second voicemail stated: "Your fucking cops are useless, lazy, dirty, criminal pieces of fucking shit . . . Everywhere in this country, cops are stupid, criminal pieces of shit. They're lazy, lazy, good for nothing assholes. They don't deserve to live."

10.     On December 3 and 16, 2019, a Deputy Marshal with the North Carolina Supreme Court interviewed Individual L.C. at the AOC. Individual L.C. confirmed they did receive the threatening email from KNAPP while at their church. According to Individual L.C., they were horrified to read the content and "froze." After showing the email to their spouse, Individual L.C. forwarded it to their deputy director stating: "This is the most extreme direct-threat email I have ever seen come through the

4

SK

public website link." Individual L.C. subsequently began to research how to remove themselves from the website of the Registrar of Deeds out of fear of being exposed and hurt. Individual L.C. denied knowing KNAPP or having any familiarity with any of KNAPP's cases in North Carolina.

11.     On December 3, 2019, the Deputy Marshal interviewed Individual Y.W. at the AOC. Individual Y.W. confirmed they received an email from KNAPP and was the sole recipient. Individual Y.W. denied knowing KNAPP or having any familiarity with any of KNAPP's cases in North Carolina.

12.     On December 16, 2019, the Deputy Marshal interviewed Individual D.G. Individual D.G. advised they were with their spouse on their birthday weekend when Individual D.G. received the email. After Individual D.G.'s initial shock, and being unsure of the credibility of the content, Individual D.G. sensed the anger of the author and the need to elevate this communication to Individual D.G.'s deputy director.

13.     On May 5, 2020, I received information from Charter Communications, Inc., advising that the IP Address was associated with KNAPP's address at Olmstedville Road, Pottersville, New York, although the subscriber was a third-party.

14.     KNAPP is currently undergoing an involuntary mental health evaluation as a result of his arrest for making terroristic threats in Chestertown, New York.[2]

---

[2] On May 6, 2020, KNAPP sent an email to a law firm in New York from the GOOGLE ACCOUNT. The email stated "I'm going to slit cops throats" and "I can't think of one fucking reason not to walk up behind any one of them on fourth of July or some other holiday and just sink the claws of my hammer as deep into there skulls as I can." KNAPP's closing sentence was "So

SK

## CONCLUSION

15.   Based on the foregoing, I, Jerry D. Faulk, believe there is ample probable cause to conclude that Frederick Eli Knapp is in fact guilty of mailing a threatening communication in violation of 18 U.S.C. § 875(c), and I respectfully ask that the Court issue a warrant ordering his arrest for such crime.

Jerry D. Faulk
Task Force Officer
Federal Bureau of Investigation

On this __7__ day of __MAY_____, 2020, Task Force Officer Jerry D. Faulk appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this Affidavit

JAMES E. GATES
United States Magistrate Judge

---

you better help me file a lawsuit against them or what Timothy McVeigh did will be nothing compared to what I do to them."

6

SK

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   5:20-MJ-1472-JG |
| Frederick Eli Knapp | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Frederick Eli Knapp                                                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

◻ Indictment   ◻ Superseding Indictment   ◻ Information   ◻ Superseding Information   ☑ Complaint
◻ Probation Violation Petition   ◻ Supervised Release Violation Petition   ◻ Violation Notice   ◻ Order of the Court

This offense is briefly described as follows:

The defendant knowingly transmitted in interstate and foreign commerce a communication containing a threat to injure the
person of another, in violation of 18 U.S.C. § 875(c).

Date:  7 MAY 2020

_____
*Issuing officer's signature*

City and state:   Raleigh, North Carolina

JAMES E. GATES, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____   _____ <br> *Arresting officer's signature* |
| _____ <br> *Printed name and title* |